**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA DIVISION
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　**CASE NO.1:01CR31-SPM/AK**

**DANIEL LOUIS BERRIOS,**

    **Defendant.**

_____/

**REPORT AND RECOMMENDATION**

This cause is before the Court on Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  Doc. 188.  Defendant pled guilty to conspiracy to distribute and to possess with intent to distribute cocaine and methamphetamine and was sentenced on June 17, 2002, to a term of 63 months imprisonment.  Doc. 170.  Defendant appealed his sentence, but the appeal was dismissed.  Doc. 183.

On this occasion, Defendant maintains that he has been subjected to an unconstitutionally enhanced sentence under the Sentencing Guidelines in contravention of *Blakely v. Washington*.  Doc. 188.

Following its decision in *Blakely*, which involved the constitutionality of state sentencing guidelines, the United States Supreme Court determined that *Blakely* applies to the Federal Sentencing Guidelines as well. *United States v. Booker*, ____ U.S. ____, 124 S.Ct. 2519, 159 L.Ed. 2d 442 (2204). However, the Eleventh Circuit has just determined that *Booker* is not retroactively applicable to cases on collateral review, as "*Booker*'s constitutional rule falls squarely under the category of new rules of criminal procedure that do not apply retroactively to § 2255 cases on collateral review." *Varela v. United States*, 2005 WL 367095, at *4 (11th Cir. Feb. 17, 2005).

In light of the foregoing, it is respectfully **RECOMMENDED**:

That Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, Doc. 188, be **DENIED**.

**IN CHAMBERS** at Gainesville, Florida, this **25th** day of March, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**Case No.1:01cr31-mmp/ak**