IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.: 1:01-CR-031-SPM

DANIEL BERRIOS,

    Defendant.

_____/

## ORDER CONTINUING REVOCATION HEARING

THIS CAUSE comes before the Court upon "Defendant's Motion to Continue Revocation of Supervised Release Hearing" (doc. 214). Defendant requests a 30-day continuance in order for his probation officer to receive all of Defendant's medical records and make a determination about Defendant's physical limitations on his ability to obtain employment.

For good cause shown, it is ORDERED AND ADJUDGED as follows:

1.    Defendant's Motion to Continue (doc. 214) is hereby ***granted***.

2.    The hearing is reset for ***Monday, August 4, 2008*** at ***1:30pm*** at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this <u>thirtieth</u> day of June, 2008.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge