IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. )   Docket No.  1:01CR31-005
)
DANIEL BERRIOS )

# O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on May 14, 2008.

The defendant pled not guilty to Violation Numbers 1 and 2 and pled guilty to Violation Number 3 as outlined in the Petition.  The Court finds that the defendant did not willfully violate the terms and conditions of his supervised release as outlined in the Petition.  Further, the Court has determined that the defendant has met the requirements for early termination.

**IT IS HEREBY ORDERED** that the defendant be terminated from supervised release.

**DONE AND ORDERED** this 4th day of August, 2008.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge

Date     August 8, 2008